**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BONNIE J. KENNY and <br> CINDY GREGORY, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF DELAWARE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 1:17-cv-01156-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

I, Danielle N. Petaja, Esquire, hereby certify that on the 29th day of June, 2018, a copy of *Defendants' Disclosures Pursuant to Paragraph 3 of the Default Standard* were served on the following counsel of record as indicated below:

<u>Via Email</u>

MORRIS JAMES LLP
David H. Williams (#616)
James H. McMackin, III (#4284)
Allyson B. DiRocco (#4830)
500 Delaware Avenue, Ste. 1500
P.O. Box 2306
Wilmington, DE 19899-2306
dwilliams@morrisjames.com
jmcmackin@morrisjames.com
adirocco@morrisjames.com

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Danielle N. Petaja*
James D. Taylor, Jr., Esquire (#4009)
Danielle N. Petaja, Esquire (#6372)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
*Counsel for Defendants*

Dated: June 29, 2018